# Order

Michigan Supreme Court
Lansing, Michigan

August 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160012(66)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HASSAN M. AHMAD,
            Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
            Defendant-Appellant.
_____/

SC: 160012
COA: 341299
Ct of Claims: 17-000170-MZ

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 9, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk